No. 71–6886. GLADDEN v. LOUISIANA. Appeal from Sup. Ct. La. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–808. ANDERSON v. OREGON. Appeal from Ct. App. Ore. Motion to dispense with printing jurisdictional statement granted. Appeal dismissed for want of substantial federal question.

No. 72–5642. TILLMAN v. MARYLAND. Appeal from D. C. Md. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–829. LEGGETT, DBA INVESTIGATIONS, LTD. v. OHIO DEPARTMENT OF COMMERCE, DIVISION OF LICENSING. Appeal from Ct. App. Ohio, Hamilton County, dismissed for want of substantial federal question.

No. 72–902. WOJTYCHA v. NEW JERSEY. Appeal from Super. Ct. N. J. dismissed for want of substantial federal question.

No. 72–897. HOFFMAN ET AL. v. CITY OF CINCINNATI. Appeal from Sup. Ct. Ohio dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument on issue of systematic exclusion of voters between the ages of 18 and 21 from the jury.